## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | |
| BD PARTNERS, LLC, | : | Civil Action No. 15-cv-02753-STV |
| | : | |
| Plaintiff and Relator, | : | Judge Wiley Y. Daniel |
| | : | Magistrate Judge Scott T. Varholak |
| v. | : | |
| | : | **FILED IN CAMERA AND** |
| UNITEDHEALTH GROUP, Inc., | : | **UNDER SEAL PURSUANT TO** |
| UNITEDHEALTHCARE, and OPTUM, | : | **31 U.S.C. § 3730(b)(2)** |
| | : | **AND COURT ORDER** |
| Defendants. | : | |
| | : | **RESTRICTED CASE** |
| | : | **DO NOT SERVE** |

### SEALED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relator files this document under seal pursuant to 31 U.S.C. § 3730(b)(2) and the Court's

Orders sealing the case and extending the seal (Dkt. 27).

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3729 *et seq.*, Relator BD Partners, LLC, respectfully gives

notice of voluntary dismissal of the above-captioned action without prejudice to Relator and

without prejudice to the United States.

The False Claims Act requires that the United States consent to the dismissal of actions

brought under the Act's *qui tam* provisions. 31 U.S.C. § 3730(b)(1). Relator has conferred with

counsel for the United States, which will separately file its consent to dismissal without prejudice

of this action. No defendant in this action has served an answer or a motion for summary

judgment, and the United States will consent to the dismissal without prejudice of the action

through its separate filing. Once the United States files its consent, dismissal without prejudice

will therefore be appropriate under Rule 41(a)(1), Fed. R. Civ. P., and 31 U.S.C. § 3730(b)(1).

A Proposed Order of Dismissal Without Prejudice is attached.

Respectfully submitted,

*/s/ Jennifer M. Verkamp*

Jennifer M. Verkamp (OH 0067198)
Frederick M. Morgan, Jr. (OH 0027687)
Maxwell S. Smith (OH 0089398)
Morgan Verkamp LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Telephone:  (513) 651-4400
Fax: (513) 651-4405
Email: jverkamp@morganverkamp.com
        rmorgan@morganverkamp.com
        msmith@morganverkamp.com


Joseph F. Bennett, #16290
Keith F. Cross, #8934
Cross & Bennett, L.L.C.
108 E. St. Vrain, #20
Colorado Springs, CO 80903
Telephone: (719) 633-1359
Fax: (719) 633-5788
Email: jbennett@crossbennett.com
        kcross@crossbennett.com

*Counsel for Relator BD Partners, LLC*


## CERTIFICATE OF SERVICE

I certify that on this the 27th day of February, 2018, a copy of the foregoing was served on all counsel of record through the United States District Court for the District of Colorado's electronic filing system.

*/s/ Jennifer M. Verkamp*